IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 19-64 |
| JOHN DOUGHERTY, et al. | |

### ORDER

**AND NOW**, this 24th day of August, 2021, after having held a status conference with all counsel, it is hereby **ORDERED** as follows:

1. A pretrial conference and arguments on any pending Motions in Limine shall be held on **September 28th, 2021, at 10:00 a.m.** at the James A Byrne Courthouse, in a courtroom to be announced;

2. Motions in Limine shall be filed by **September 10, 2021**, and responses thereto shall be filed by **September 17, 2021**; and

3. Proposed Voir Dires, Proposed Jury Instructions, and Proposed Verdict Forms shall be filed by **September 24, 2021**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.