IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 19-CR-64-8 |
| | : | |
| ANTHONY MASSA | : | |
| USM # 77035-066 | : | |

**NOTICE OF HEARING**

Take notice that Defendant is scheduled for a SENTENCING HEARING on **TUESDAY, AUGUST 20, 2024, at 2:00 P.M.** before the **Honorable Jeffrey L. Schmehl** in the Fifth Floor Courtroom of the United States District Court, 201 Penn Street, The Gateway Building, Reading, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.   A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.   If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

☒ **Hearing rescheduled from:   5/17/24**

For additional information, please contact the undersigned.

By:        Tanya L. Allender, Courtroom Deputy to J. Schmehl
           Phone: 610.320.5030

Date:      5/21/2024

cc:        Defendant (through counsel)
           Defense Counsel William Brennan
           U.S. Attorney's Office
           U.S. Marshal
           Court Security
           Probation Officer Megan Maier
           Pretrial Services
           Interpreter Coordinator

crnotice (July 2021)